IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CASEY ATES,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT ADAMS,<br><br>    Defendant. | CIVIL ACTION NO.: 6:15-cv-100 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal, and **DENIES AS MOOT** his Motion for a Preliminary Injunction (doc. 3). The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 3rd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA